# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America<br><br>v.<br><br>Robin Estuardo Perez Ramos | CRIMINAL COMPLAINT<br><br>CASE NUMBER:<br><br>25-5425MJ |
|---|---|

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, Defendant ROBIN ESTUARDO PEREZ RAMOS, violated Title 18, U.S.C. Section 111(a)(1) and (b), Assault on a Federal Officer, described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent (SA) for the Federal Bureau of Investigation (FBI), and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

AUTHORIZED BY: AUSAs Diamond Zambrano and Bradley Baugher

SA Wyatt Storm
Name of Complainant

WYATT STORM
Digitally signed by WYATT STORM
Date: 2025.09.11 13:56:02 -07'00'
Signature of Complainant

Sworn to telephonically before me

September 11, 2025 @ 5:02 pm                 at    Phoenix, Arizona
Date                                                    City and State

HONORABLE Deborah M. Fine
United States Magistrate Judge

Signature of Judicial Officer

# ATTACHMENT A
# DESCRIPTION OF COUNTS

## COUNT 1

**Assault on a Federal Officer**

On or about September 10, 2025, in the District of Arizona, Defendant ROBIN ESTUARDO PEREZ RAMOS did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Immigration and Customs Enforcement Deportation Officer S.N., who is an employee of the United States and as designated in 18 U.S.C. § 1114, while S.N. was engaged in and on account of the performance of his official duties, and Defendant ROBIN ESTUARDO PEREZ RAMOS did so with a dangerous weapon, to wit: a vehicle.

All in violation of Title 18, United States Code, Sections 111(a) and (b).

## COUNT 2

**Assault on a Federal Officer**

On or about September 10, 2025, in the District of Arizona, Defendant ROBIN ESTUARDO PEREZ RAMOS did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Immigration and Customs Enforcement Dep Officer R.C., who is an employee of the United States and protected as designated in 18 U.S.C. § 1114, while R.C. as engaged in and on account of the performance of her official duties, and Defendant ROBIN ESTUARDO PEREZ RAMOS did so with a dangerous weapon, to wit: a vehicle.

All in violation of Title 18, United States Code, Sections 111(a) and (b).

# ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Wyatt Storm, Special Agent (SA) for the Federal Bureau of Investigation (FBI) in Phoenix, Arizona being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the FBI and have been since April 2009. Prior to becoming a Special Agent, I attended the FBI Academy in Quantico, Virginia. While at the FBI Academy, I received formal training in investigative techniques. I also received on-the-job training from supervisors, senior agents, and detectives regarding federal criminal investigations.

2. I am currently assigned to work with Immigration and Customs Enforcement to support the enforcement of Title 8 Immigration matters.

3. As part of my official duties, I have participated in the execution of search and seizure warrants for premises and vehicles used by illegal aliens and associates to further illicit activity. Materials searched recovered in these locations have included: controlled substances, packaging materials, scales, cutting weapons, ammunition, indicia of occupancy, cellular telephones and similar electronic devices, and proceeds derived from the distribution of controlled substances. I have investigated many Assaults on Federal Officers throughout my career.

4. In preparing this Statement of Probable Cause, I conferred with other law enforcement officials, who share the opinions and conclusions stated herein. I have personal knowledge of the following facts or have learned them from other law enforcement officers. I also relied on my training, experience, and background in law enforcement to evaluate this information. Since this Statement of Probable Cause is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included all facts or sources of information establishing the violation of federal law.

### PROBABLE CAUSE

5. On September 10, 2025, United States Immigration and Customs Enforcement (ICE) and Enforcement and Removal Operations (ERO) agents were conducting surveillance

near 31st Street and East Aire Libre Lane in Phoenix, Arizona, attempting to locate a previously identified illegal alien at an apartment complex.

6. While conducting surveillance, agents observed various vehicles at the apartment complex. ICE/ERO conducted law enforcement systems checks for license plates that could be associated with their subject. During such investigations into persons residing in the United States illegally, it is common for the subjects of such investigations to live with family members, persons in which they are in a romantic relationship, and other acquaintances. It was during one of those checks that ICE/ERO determined one of the vehicles (a gray Ford F-150 with Arizona License Plate Number 3VA7V2) at the apartment complex was possibly owned and operated by ROBIN ESTUARDO PEREZ RAMOS (PEREZ). ICE/ERO databases confirmed PEREZ had been ordered removed from the United States by an Immigration Judge in 2020.

7. ICE/ERO conducted surveillance on this vehicle in furtherance of a possible immigration violation. A person matching PEREZ'S description exited from an unknown apartment, entered the vehicle, and departed the complex, heading southbound toward Greenway Road. PEREZ stopped at a QuickTrip gas station located at 4011 East Greenway Road, Phoenix, Arizona. PEREZ then departed the gas station heading eastbound on Greenway Road where ICE/ERO decided to initiate a traffic stop in furtherance of their investigation. ICE Detention Officer (DO) S.N., in full law enforcement markings, turned on his emergency vehicle lights of his unmarked ICE/ERO vehicle. PEREZ at first appeared to slow down, tapped his brakes, and then sped back up. Shortly thereafter, PEREZ was travelling about 50 miles per hour and then rapidly slammed on the brakes and stopped his vehicle. He then put his vehicle in reverse, as indicated by the white reverse lights, and rapidly accelerated backwards towards the vehicle DO S.N. was driving. PEREZ hit the front bumper of DO S.N.'s vehicle, causing damage, and then rapidly accelerated away from ICE/ERO at a high rate of speed.

8. While fleeing it appeared PEREZ initially lost control of his vehicle causing him to accelerate across the median and into oncoming traffic. PEREZ appeared to lose control of his vehicle causing it to spin around and then headed eastbound on Greenway Road. For safety

reasons, ICE/ERO deactivated their emergency equipment and attempted to follow PEREZ covertly. PEREZ fled eastbound, swerving into heavy oncoming traffic, and up onto the curbs in what appeared to be an attempt to avoid heavy traffic and full phase red traffic signals.

9. ICE/ERO temporarily lost sight of PEREZ but continued to check the immediate area. ICE/ERO observed PEREZ'S vehicle driving west bound in the area of Cactus Road and the 51 Freeway and covertly followed him onto the 51 Freeway. PEREZ proceeded to the area of a Walmart shopping complex near Tatum Road and Bell Road in Phoenix, Arizona.

10. At this point, DO R.C. attempted to initiate a stop by activating his emergency lights in the Walmart parking lot. PEREZ, again, rapidly reversed and swerved into DO R.C.'s emergency vehicle, causing significant damage to the front passenger side of R.C.'s vehicle. PEREZ departed the parking lot and fled toward an apartment complex in the area. He then abandoned his vehicle and ran into the apartment complex.

11. Witnesses at the complex identified the apartment PEREZ fled into. ICE/ERO made contact with the female occupant of the apartment. The female occupant did not know PEREZ and told ICE/ERO she was afraid for her and her children's safety. ICE/ERO negotiated PEREZ's surrender. When PEREZ exited the apartment, he did not comply, and agents had to use force to take him into custody.

PEREZ's Interview

12. During a post *Miranda* interview conducted in Spanish with the assistance of an FBI linguist, PEREZ admitted to being the driver of the Ford F-150 Truck. PEREZ admitted he was born in Guatemala. He admitted to entering the United States via Sonora, Mexico with his father on an unknown date in 2019. PEREZ admitted to not presenting himself to a U.S. Port of Entry Inspection Post when he entered. He further admitted to being contacted by U.S. Border Patrol during his initial crossing where he was detained and subsequently paroled into the United States to await immigration proceedings. PEREZ denied seeking any immigration benefits that would allow him to remain in the United States legally. PEREZ was ordered removed from the United States by an Immigration Judge on March 2, 2020. PEREZ admitted

he knew ICE agents were attempting to pull him over. He knew this because they were using unmarked cars that did not say "Police" on the sides. He admitted to fleeing from ICE because he was scared. However, he stated he does not remember hitting DO S.N's vehicle in the area of 31st Street and Greenway Road. PEREZ admitted to colliding with DO R.C.'s vehicle in the area of 31st Street and Bell Rd. in Phoenix, Arizona, but was not sure who caused the collision.

## CONCLUSION

13. Based on the facts and circumstances stated in this Statement of Probable Cause, I submit there is probable cause to believe that the defendant, ROBIN ESTUARDO PEREZ RAMOS committed the offenses alleged in the Complaint.

14. I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

WYATT STORM
Digitally signed by WYATT STORM
Date: 2025.09.11 15:49:54 -07'00'

Wyatt Storm
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed telephonically this 11 day of September, 2025.

_____
HONORABLE Deborah M. Fine
United States Magistrate Judge

5:02 pm